IN THE MATTER OF STEPHEN H. FEUERSTEIN, AN ATTORNEY AT LAW.

February 21, 1990.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that STEPHEN H. FEUERSTEIN of ENGLISHTOWN, who was admitted to the bar of this State in 1972, be restored to the practice of law, and good cause appearing;

It is ORDERED that STEPHEN H. FEUERSTEIN be restored to the practice of law, effective immediately.